DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004515
Cashier ID: brobinso
Transaction Date: 04/02/2008
Payer Name:  DONALDSON CORRECTIONAL FACILI
--------------------------------------
WRIT OF HABEAS CORPUS
 For: RODNEY OTIS BURTON
 Case/Party: D-ALM-2-08-CV-000203-001
 Amount:       $5.00
--------------------------------------
CHECK
 Check/Money Order Num: 15225
 Amt Tendered:  $5.00
--------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00