IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 APR 21  P 1:04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| RODNEY OTIS BURTON, ) <br> AIS #175034, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> GARY HETZEL, WARDEN, *et al,.* ) <br> ) <br> Respondents. ) | CIVIL ACTION NO. <br> 2:08-cv-203-MHT |

**CONFLICT DISCLOSURE STATEMENT**

Comes now Troy King, Attorney General for the State of Alabama, and Gary Hetzel, Warden for the Alabama Department of Corrections, and through the undersigned counsel make the following disclosure regarding potential conflicts of interest in accordance with this Court's general Order No. 3047:

Troy King and Gary Hetzel, parties named Respondents in the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Section 2254 Cases in the United States District Courts, have

been sued in their official capacities. Neither Attorney General King nor Warden Hetzel have any known affiliations "that could potentially pose a financial or professional conflict for a judge" on this Court.

/s/ P. David Bjurberg
P. David Bjurberg (BJU001)
*Assistant Attorney General*
Counsel for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>21st</u> day of April, 2008, I served a copy of the foregoing on Burton to the address listed on the Department of Corrections' website, by placing same in the United States mail, postage prepaid, and addressed as follows:

> Rodney Otis Burton
> AIS #175034
> Donaldson Correctional Facility
> 100 Warrior Lane
> Bessemer, Alabama  35023

*/s/ P. David Bjurberg*
P. David Bjurberg (BJU001)
Office of the Attorney General

ADDRESS OF COUNSEL:

Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: dbjurberg@ago.state.al.us
11 South Union Street
632226/120248-001