IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY OTIS BURTON, ) | |
| # 175034, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:08cv203-MHT |
| ) | |
| GARY HETZEL, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

On May 14, 2008 (Doc. No. 11), Petitioner filed a response to Respondents' answer in which he claims that because the Alabama courts have determined that a § 13A-5-9.1 motion reopens a case at the sentencing stage, *see Prestwood v. State*, 915 So. 2d 580, 583 (Ala. Crim. App. 2005), proceedings on a § 13A-5.9.1 motion constitute a "critical stage" where the right to counsel attaches. Accordingly, it is

ORDERED that on or before June 9, 2008, Respondents shall file a supplemental answer that addresses Petitioner's specific claim in this regard.

Done this 16th day of May, 2008.

      /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE