# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RECEIVED
2008 JUN 23 A 10:22
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Rodney O. BURTON
    Petitioner,

V GARY HETZEL, WARDEN
    Respondents

Civil Action No. 2:08cv 203-MHT

## MOTION FOR EXTENSION OF TIME REQUEST

Come now Rodney O. Burton, Pursuant to F.C.R.P. Rule 6 and/or Rule 6 Governoring 28:2254, Requesting An Additional Thirty days to prepare the Reply to Respondents Answer for good cause show as followed:

① Petitioner presently have no Access to the law library And Access to legal material due to the prison being on Administration lock down.

② The law library is out of supplies, no paper, no envelops no typing ribbons, All stated materials are needed to finish my Reply brief.

③ Petitioner is Requesting this extension of time due to extra ordinary circumstance beyond the petitioner's control dealing with the functioning of this prison and being supplied with the essential tools as stated in paragraph (2) Above.

④ Petitioner is notifying this Honor Court in A timely fashion. Petitioner's Reply brief is due June 30, 2008: A dead line he can not possible meet due to circumstances beyond his control

Wherefore the petitioner prays that this Honorable Court grant this motion of Extension of Time.

Respectfully Submitted
Rodney O. Burton, pro se
175034 10-1A
100-Warrior Lane
Bessemer, Al. 35023

CERTIFICATE OF SERVICE

I certify that I Have served A True and correct Copy of the following Extension of Time Request upon The Attorney General Office And The United States District Court Clerk This June 20, 2008. By placing The same In the U.S. Mail Box postage prepaid And correctly Address.

Rodney O. Burton
Rodney O. Burton



Rodney Burton # 175034,
O-1A
100-WARRIOR LANE
Bessemer, Al. 35023

BIRMINGHAM AL 350

JUN 2008 PM 2 T

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."

Office of the Clerk
United States District Court
P.O. Box- 711
Monty, Al. 36101

3610130711