IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY OTIS BURTON, <br> # 175034, <br><br> Petitioner, <br><br> v <br><br> GARY HETZEL, WARDEN, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:08cv203-MHT <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for extension of time (Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Petitioner be GRANTED an extension from June 30, 2008, to and including July 30, 2008, to file a reply to the supplemental answer filed by Respondents.

Done this 24th day of June, 2008.

               /s/Charles S. Coody
              CHARLES S. COODY
              UNITED STATES MAGISTRATE JUDGE